ROBERT JAMES BAUER, a Minor, by His Next Friend, Robert J. Bauer, Jr., et al., Plaintiffs-Appellants, v. BOARD OF EDUCATION OF SCHOOL DIST. No. 109, LAKE COUNTY, et al., Defendants-Appellees.

(No. 73-44; ▮▮▮▮▮▮▮▮▮

Second District—October 4, 1974.

*Rehearing denied October 23, 1974.*

Paul E. Hamer, of Northbrook, for appellants.

Head, Purcell & Wardrope and Sidney Z. Karasik, both of Chicago, for appellees.